# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE CO.,** *Plaintiff,* | CIVIL ACTION |
| v. | |
| **ASSURANCE ABSTRACT CORP.,** *Defendant.* | No. 18-1332 |

## ORDER

**AND NOW**, this 12th day of April, 2019, upon consideration of Alexander Pekerman's and Thor Equity, LLC's Motion to Dismiss (Doc. No. 26), Assurance Abstract Corp.'s response (Doc. No. 30), and the parties' supplemental briefing (Doc. Nos. 35 and 36), and following an oral argument, **it is ORDERED** that the Motion (Doc. No. 26) is **GRANTED** and Alexander Pekerman and Thor Equity, LLC are **DISMISSED** from the case.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE